# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| TIIFFANY TURNER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, and DOES 1-10, inclusive,<br><br>　　　　Defendant. | Case No. 2:17-CV-01062-KJM-CKD<br>Hon. Kimberly J. Mueller<br>Courtroom 3<br><br>**ORDER STAYING ACTION PENDING COMPLETION OF ARBITRATION**<br><br>*Filed concurrently with Stipulation to Arbitration*<br><br>Removal Filed:　May 19, 2017<br>Action Filed:　April 19, 2017 |

Pursuant to the Stipulation to Arbitration agreed to and submitted by the parties, this action is hereby stayed in its entirety pending completion of the arbitration.

IT IS SO ORDERED.

DATED: June 1, 2017.

_____
UNITED STATES DISTRICT JUDGE